# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 20-232 (8) (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| BARBARA ANN MOULDER, | |
| Defendant. | |

Joseph H Thompson, Harry Jacobs, Matthew Ebert, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415 for plaintiff.

Daniel L Gerdts, **DANIEL L GERDTS, LAWYER,** 331 Second Avenue South, Suite 705, Minneapolis, MN 55401, defendant Barbara Moulder.

United States Magistrate Judge Becky R. Thorson filed a Report and Recommendation on May 31, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

Defendant Barbara Ann Moulder's Motion to Suppress Search and Seizure Evidence (Doc. No. 939) is **DENIED**.

2

DATED: September 1, 2022
at Minneapolis, Minnesota.

                                                 s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                                United States District Court